UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CURTIS LEE BROWN,**

    **Plaintiff,**

v.                                    Case No. 3:14cv53/LC/CJK

**J.T. DEGRAAF, et al.,**

    **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 24, 2015 (doc. 39).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections there to timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendants' motion to dismiss (doc. 36) is **GRANTED** and plaintiff's claims against defendants Degraaf and Parish are **DISMISSED WITHOUT PREJUDICE**.

3.    All pending motions are  **DENIED**.

4.    The clerk is directed to close the file.

**DONE AND ORDERED** this 30th day of July, 2015.

                                                            s/*L.A. Collier*
                                                            **LACEY A. COLLIER**
                                                             **SENIOR UNITED STATES DISTRICT JUDGE**